UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

For Violate of Supervised Release          Criminal No. 90-202

UNITED STATES OF AMERICA V. SAMUEL HOWARD (SBI000594344B)
PETITION FOR WRIT OF HABEAS CORPUS: Your petitioner shows that
1. Samuel Howard is confined in Essex County Jail, Newark, New Jersey.
2. Said individual will be required at the King Federal Building, Courthouse, Newark, NJ, before the Hon. Dickinson R. Debevoise on March 25, 2009 at 10:00 a.m. for a violation hearing in the captioned case, in which he is a defendant and a Writ of Habeas Corpus should issue for that purpose.

DATED: March 23, 2009

MARION PERCELL
Assistant United States Attorney
Petitioner 973 645-2733

ORDER FOR WRIT: Let the Writ Issue.
DATED: March 24, 2009

HON. DICKINSON R. DEBEVOISE
UNITED STATES DISTRICT JUDGE

WRIT OF HABEAS CORPUS: The United States of America to:
   Warden, Essex County Jail
WE COMMAND YOU that you have the body of Samuel Howard (by whatever name called or charged) now confined in Essex County Jail, Newark, NJ before the U.S. District Court before the Hon. Dickinson R. Debevoise in the King Federal Building, Newark, NJ on March 25, 2009 10:00 a.m., for sentencing in the captioned matter. Immediately on completion of the proceedings, witness will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Dickinson R. Debevoise,
United States District Judge at Newark, New Jersey.

DATED:

3/24/09

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: Ellen McMurray
Deputy Clerk